IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 23-CR-01031 |
| ) | |
| Plaintiff, ) | **INDICTMENT** |
| ) | |
| vs. ) | Counts 1-20 |
| ) |    18 U.S.C. § 1344: Bank Fraud |
| ANGELA CELINA HERNANDEZ d/b/a ) | |
| "Rocha Roofing," ) | |
| ) | |
| Defendant. ) | |

The Grand Jury charges:

## Count 1

## Bank Fraud

### Introduction

At all relevant times to this Indictment:

1.    In about July 2019, defendant ANGELA CELINA HERNANDEZ opened a checking account ending in 2072 at a credit union ("CU-1") that was headquartered in Dubuque, Dubuque County, within the Northern District of Iowa. The deposits of CU-1 were insured by the National Credit Union Administration ("NCUA").

2.    Defendant ANGELA CELINA HERNANDEZ was the sole signatory on the checking account ending in 2072. Defendant ANGELA CELINA HERNANDEZ was doing business as "Rocha Roofing," a roofing subcontractor.

1

## The Scheme to Defraud

4.     In about January 2020, in the Northern District of Iowa and elsewhere, defendant ANGELA CELINA HERNANDEZ did knowingly devise and execute a scheme and artifice to defraud a financial institution, CU-1, and to obtain the moneys, funds, assets, and other property under the custody or control of that financial institution by means of false and fraudulent pretenses, representations, and promises ("the scheme to defraud").

## Manner and Means of the Scheme to Defraud

5.     In about October and November 2019, defendant ANGELA CELINA HERNANDEZ received checks from a former contractor, Contractor-1, that had hired "Rocha Roofing" to complete roofing work in Wisconsin.  Specifically, Contractor-1 had issued no less than seven checks to Rocha Roofing in payment for roofing labor, and all the checks were deposited into defendant's 2072 account at CU-1 as payment for services that Rocha Roofing had rendered to Contractor-1.  No later than about January 2020, defendant ANGELA CELINA HERNANDEZ devised and executed the scheme to defraud, in which each previously deposited check was re-deposited multiple additional times into the 2072 account.  As defendant well knew, the redeposited checks eventually would result in rejection for non-sufficient funds ("NSF"), because checks are intended to be deposited only on one occasion.  By redepositing the previously deposited checks in this manner, defendant ANGELA CELINA HERNANDEZ falsely and temporarily inflated the balance of the 2072 account.  It was also a part of the scheme to defraud that, before

2

CU-1 determined the checks already had been deposited and rejected the checks for NSF, defendant caused the fraudulently obtained funds in the 2072 account to be quickly transferred or withdrawn while it still had the temporarily and fraudulently inflated balance. Defendant intended to deceive CU-1 in this manner, and CU-1 in fact lost over $150,000 as result of the scheme to defraud.

Execution of the Scheme to Defraud

6.     On or about the following dates, defendant ANGELA CELINA HERNANDEZ knowingly executed and attempted to execute the above-described scheme to defraud by causing the following checks to be redeposited into her account ending in 2072 at CU-1 in the following amounts:

| Count | Date of Deposit | Check Number | Amount |
| --- | --- | --- | --- |
| 1 | January 6, 2020 | 539 | $16,376.30 |
| 2 | January 7, 2020 | 560 | $3,789.25 |
| 3 | January 7, 2020 | 549 | $9,092.95 |
| 4 | January 7, 2020 | 565 | $8,943.70 |
| 5 | January 7, 2020 | 556 | $6,289.99 |
| 6 | January 8, 2020 | 571 | $3,771.75 |
| 7 | January 8, 2020 | 550 | $4,306.63 |
| 8 | January 8, 2020 | 539 | $16,376.30 |
| 9 | January 8, 2020 | 571 | $3,771.75 |
| 10 | January 10, 2020 | 549 | $9,092.95 |

| 11 | January 10, 2020 | 565 | $8,943.70 |
|----|------------------|-----|-----------|
| 12 | January 10, 2020 | 571 | $3,771.75 |
| 13 | January 10, 2020 | 556 | $6,289,99 |
| 14 | January 14, 2020 | 556 | $6,289.99 |
| 15 | January 14, 2020 | 549 | $9,092.95 |
| 16 | January 16, 2020 | 556 | $6,289.99 |
| 17 | January 16, 2020 | 565 | $8,943.70 |
| 18 | January 17, 2020 | 549 | $9,092.95 |
| 19 | January 17, 2020 | 565 | $8,943.70 |
| 20 | January 17, 2020 | 556 | $6,289.99 |

This was in violation of Title 18, United States Code, Section 1344.

A TRUE BILL

12-12-2023

Grand Jury Foreperson          Date

TIMOTHY T. DUAX
United States Attorney

By: _____

TIMOTHY L. VAVRICEK
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 12/12/2023
PAUL DE YOUNG, CLERK

4